**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DR. GENICK BAR-MEIR ,
Plaintiff,

vs.

CV 00-1666 RHK/SRN

NORTH AMERICAN DIE CASTING ASSOCIATION,
Defendant.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

DR. GENICK BAR-MEIR,
Plaintiff,

vs.

CV 00-1737 JRT/FLN

NORTH AMERICAN DIE CASTING ASSOCIATION ETAL,
Defendants.

---

Case No. 00-1666RHK/SRN having been assigned to Judge Richard H. Kyle and Magistrate Judge Susan R.Nelson and Case No. 00-1737 JRT/FLN having later been assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1737 JRT/FLN be assigned to Judge Richard H. Kyle and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: July 28, 2000.

Richard H Kyle,Judge
United States District Court

Dated: July 31 , 2000

John R. Tunheim,Judge
United States District Court

JUL 31 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK