UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. Genick Bar-Meir,
Plaintiff,
v.

North American Die Casting Association,
Defendant.

Civil No. 00-1666 RHK/SRN

**PRETRIAL SCHEDULING ORDER**

---

Dr. Genick Bar-Meir,
Plaintiff,
v.

North American Die Casting Association et al.,
Defendants.

Civil No. 00-1737 RHK/SRN

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

Discovery in these cases will be conducted in two phases: liability and then damages. At the conclusion of liability discovery, if motions are not dispositive of all of the issues, the Court will schedule a second pretrial scheduling conference to address an appropriate schedule for discovery on the issue of damages.

1. Liability discovery shall be commenced in time to be completed by June 15, 2001.

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. Full disclosure of expert testimony on liability issues only, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before March 15, 2001.

3. No more than 30 interrogatories per case [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

4. No more than 10 depositions per case, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 liability expert depositions per case.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.

1. All motions which seek to amend the pleadings or add parties must be served by January 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by June 30, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard August 30, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on November 1, 2001, or upon resolution of any pending dispositive motions. If not consolidated for trial, it is anticipated that cv-00-1666 will take 4 - 5 days and cv-00-1737 will take 5 - 10 days.

Dated: November 3, 2000.

Susan Richard Nelson
United States Magistrate Judge