UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DR. GENICK BAR-MEIER,
Plaintiff,

vs.

NORTH AMERICAN DIE CASTING ASSOCIATION, ETAL
Defendants.

CV 00-1737 RHK/SRN

--------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

DR. GENICK BAR-MEIER,
Plaintiff,

vs.

NORTH AMERICAN DIE CASTING ASSOCIATION ETAL,
Defendants.

CV 00-2772 DSD/SRN

---

Case No. 00-1737 having been assigned to Judge RICHARD H. KYLE and Case No. 00-2772 having later been assigned to Judge DAVID S. DOTY, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2772 be assigned to Judge RICHARD H. KYLE, nunc pro tunc, by use of a card on the PATENT List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: January 5, 2001

RICHARD H. KYLE, Judge
United States District Court

Dated: January 5, 2001

DAVID S. DOTY, Judge
United States District Court

FILED 1-8-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(2)

Date: January 9, 2001 jr

RECORD OF DOCKET TEXT

0:00-cv-02772 Bar-Meir v. North American Die

DOCKET ENTRY

ORDER FOR REASSIGNMENT OF RELATED CASES (Judge Richard H. Kyle / 1/5/01) Doty / 1/5/01 Case reassigned to Judge Richard H. Kyle. Related case 00-1737 RHK/SRN. 1pg(s) (cc: all counsel)

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL