# UNITED STATES DISTRICT COURT

ORIGINAL

# DISTRICT OF MINNESOTA

Dr. Genick Bar–Meir

Plaintiff,

v.

North American Die Casting association, Edmund A. Herman, Andrew Behler, William Walkington, John Wronowicz, Daniel Twarog, and Steve Udvardy,

Defendants.

Civil Action No

00-1666 RHK/SRN

00–1737 RHK/SRN

## JOINT STIPULATION

The Plaintiff, Dr. Genick Bar–Meir, and Defendant, North American Die Casting Association in the case of 1666 and all the the parties in the case 1737, agree that initial disclosures pursuant to Rule 26 should not be followed in the above referenced matters.

Dr. Genick Bar–Meir

Genick [signature]

DATE: ~~January 8~~ Feb 23, 2001

Dr. Genick Bar–Meir

1107 16th Ave S.E.

Minneapolis, MN 55414-2411

Phone: (612) 623-0713

FILED MAR - 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATE: ~~January~~ February 23, 2001

**OF COUNSEL:**

Debra J. Stanek
Sidley & Austin
Bank One Plaza
10 South DearBorn St.
Chicago, Illinois 60603
(312) 853-7000

Rollin A. Ransom
Sidley & Austin
555 West Fifth Street
Los Angeles, California
(213) 896-6000

North American Die Casting association, Edmund A. Herman, Andrew Behler, William Walkington, John Wronowicz, Daniel Twarog, and Steve Udvardy

One of Its/Their Attorneys

Jean F. Holloway (Attorney No. 214127)
Dean Eyler (Attorney No. 267491
DORSEY & WHITNEY, LLP
220 South 6th Street
Minneapolis, MN 55402
(612) 340-2600

**ORDER**

The parties are not required to exchange Rule 26 initial disclosures in the above referenced matter.

DATE: March 6, 2001

Susan Richard Nelson

United States Magistrate Judge