**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-1666 (RHK/SRN)

vs.

North American Die Casting Association,

Defendant.

**ORDER**

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-1737 (RHK/SRN)

vs.

North American Die Casting Association, Edmund A. Herman, Andrew Behler, William Walkington, John Wronowicz, Daniel Twarog, and Steve Udvardy,

Defendants.

Plaintiff has appealed from the March 27, 2001 Order of Magistrate Judge Susan Richard Nelson in which she resolves several nondispositive motions that had been heard on February 23, 2001. Finding that the Order appealed from is neither clearly erroneous nor contrary to law, said Order (Doc. No. 51 in CV-00-1666 and Doc. No. 59 in CV-00-1737) is **AFFIRMED**.

Dated: April 16, 2001

RICHARD H. KYLE
United States District Judge

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK