**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-1737 (RHK/SRN)

vs.

**O R D E R**

North American Die Casting Association,

Defendant.

---

Plaintiff has appealed from the May 11, 2001 Order (Doc. No. 77) of Magistrate Judge Susan Richard Nelson. Finding that Judge Nelson's Order with respect to each of the Motions before her was neither clearly erroneous nor contrary to law, it is **AFFIRMED**.

Dated: June 12, 2001

RICHARD H. KYLE
United States District Judge

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK