**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

GENICK BAR-MEIR,

Plaintiff,

v.

NORTH AMERICAN DIE CASTING ASSOCIATION – MN CHAPTER 16,

Defendant.

Civil No. 00-1737 RHK/AJB

**Order**

---

The above matter came before the Court on (1) Plaintiff's motion to compel, (2) Plaintiff's motion for entry onto land and (3) Defendant's motion for sanctions. In a Report and Recommendation dated August 23rd, the Court recommended that Defendant's motion for sanctions be granted and that Plaintiff's action be dismissed with prejudice. Therefore,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel presents a moot argument and is therefore **dismissed** [Docket No. 100];

2. Plaintiff's motion for entry onto land presents a moot argument and is therefore **dismissed** [Docket No. 85].

Dated: 8/23/01

Arthur J. Boylan
United States Magistrate Judge

AUG 24 2001
FILED
RICHARD D. ...
JUDGMENT ENTD
DEPUTY CLERK