**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dr. Genick Bar-Meir,

Plaintiff,

Civil No. 00-1737 (RHK/AJB)

vs.

**O R D E R**

North American Die Casting Association,

Defendant.

---

On August 23, 2001, Magistrate Judge Arthur J. Boylan filed his Report and Recommendation (R&R) recommending the dismissal with prejudice of this action. Plaintiff has filed a document entitled "Appeal Motion to Vacate/Reverse Magistrate Judge's Order," which this Court construes as timely objections to the R&R.

Judge Boylan has also filed an Order on August 23, 2001 dismissing as moot Plaintiff's Motion to Compel for Entry Upon Land and for Sanctions. Defendant has appealed that Order.

With respect to the R&R, the undersigned has conducted the required de novo review of the objected to portions thereof and concludes that Judge Boylan's recommended disposition is fully supported by the record in this case and applicable legal principles. Accordingly, the R&R will be adopted. Finding Judge Boylan's denial of the three motions of the Defendant to be neither clearly erroneous nor contrary to law, the appeal from that Order will be dismissed.

FILED SEP 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 25 2001
DEPUTY CLERK

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Appeal Motion to Vacate/Review Magistrate Judge's Order (Objections) (Doc. No. 119) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 110) is **ADOPTED**;

3. Defendant's Motion for Sanctions (Doc. No. 83) is **GRANTED**;

4. The Complaint is **DISMISSED WITH PREJUDICE**;

5. Plaintiff shall pay Defendant's costs and attorneys' fees incurred in connection with the Motion for Sanctions in an amount to be determined by the Court; and

6. Plaintiff's Motions to Compel (Doc. No. 100) and for Entry Upon Land (Doc. No. 85) are **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 25, 2001

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: SEP 25 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995