# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dr. Genick Bar-Meir

Case No. Civil 00-1737RHK/AJB

v.

**JUDGMENT IN A CIVIL CASE**

North American Die Casting Association

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the appeal motion to vacate/review Magistrate Judge's Order (Objections) is **OVERRULED**; the report and recommendation is **ADOPTED**; defendant's motion for sanctions is **GRANTED**; the complaint is **DISMISSED WITH PREJUDICE**; plaintiff pay defendant's costs and attorneys' fees incurred in connection with the motion for sanctions in an amount to be determined by the court; and plaintiff's motions to compel and for entry upon land are **DENIED AS MOOT**.

DATE: September 25, 2001

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk